1   SUSAN KOHN ROSS (SBN 84868),
    skr@msk.com
2   DANIEL IGNACE KAPELOVITZ (SBN
    268001), dik@msk.com
3   MITCHELL SILBERBERG & KNUPP LLP
    11377 West Olympic Boulevard
4   Los Angeles, California 90064-1683
    Telephone: (310) 312-2000
5   Facsimile: (310) 312-3100

6   Attorneys for Plaintiff
    HN AUTOMOBILE, LLC, a Missouri company
7

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10

11  HN AUTOMOBILE, LLC., a Missouri     CASE NO.  CV10 4165 VBF PJWx
    company,
12                                       COMPLAINT FOR:
              Plaintiff,                  1. BREACH OF CONTRACT;
13                                        2. CONVERSION; AND
         v.                              3. FRAUD
14
    N.C. SHIPPING, INC., a California    Demand For Jury Trial
15  corporation; NICK MINHJ VUONG;
    and DOES 1 through 10, inclusive,
16
              Defendant.
17

18

19

20

21

22

23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

2718136.1

## JURISDICTION AND VENUE

1.     This is an admiralty and maritime action within the original federal question jurisdiction of this Court pursuant to the admiralty and maritime laws of the United States (28 U.S.C. § 1333; Fed. R. Civ. P. 9(h), and Rules A, C, and E of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions) and 46 U.S.C. § 40102(16).

2.     This Court has personal jurisdiction over the Defendants, and venue in this district is proper pursuant to 46 U.S.C. § 30906(a)(2) and 28 U.S.C. § 1391(b), as all the subject cargoes were wrongfully delivered from this judicial district, and because a substantial part of the events or omissions giving rise to the claims asserted herein occurred within this district.

## PARTIES

3.     Plaintiff HN AUTOMOBILE, LLC (hereinafter "Plaintiff" or "HN AUTO") is, and at all times herein mentioned was, a limited liability company duly organized and existing under the laws of the State of Missouri with its principal place of business located in Kansas City, Missouri and is a buyer, seller and exporter of automobiles.

4.     Plaintiff is informed and believes Defendant N.C. SHIPPING, INC. (hereinafter "N.C. SHIPPING") is, and at all times herein mentioned was, a corporation duly organized and existing under the laws of the State of California with its principal place of business located in Rosemead, California.  N.C. SHIPPING is duly licensed and bonded as an ocean transportation intermediary/non-vessel operating common carrier ("NVOCC") pursuant to the provisions of 46 U.S.C. § 40102(16) and the related Federal Maritime Commission rules and regulations.

Mitchell
Silberberg &
Knupp LLP

2718136.1

1

1    5.    Plaintiff is informed and believes that NICK MINH VUONG

2  (hereinafter "VUONG") is the President and shareholder of N.C. SHIPPING and

3  an individual who resides in Los Angeles County, California.

4    6.    Plaintiff is ignorant of the true names and capacities, whether

5  individual, corporate, associate, or otherwise, of Defendants sued herein as DOES

6  1 through 10, inclusive, and therefore sues these Defendants by such fictitious

7  names.  Plaintiff will amend this Complaint to allege their true names and

8  capacities when same have been ascertained.  Plaintiff is informed and believes

9  and based thereon alleges that each of the fictitiously named Defendants is

10  responsible in some manner for the occurrences herein alleged which were

11  proximately caused by their conduct.

12    7.    At all times herein mentioned DOES 1 through 10, inclusive, and each

13  of the remaining Defendants, were the agents, servants, employers, employees

14  and/or joint venturers of each of their Co-Defendants, and at all times were acting

15  within the course and scope of their authority as such agents, servants, employers,

16  employees and/or joint venturers, and with the permission and consent of their Co-

17  Defendants.

18                    **GENERAL ALLEGATIONS**

19    8.    In or about January 2010, HN AUTO hired N.C. SHIPPING as an

20  NVOCC to transport four (4) automobiles—a 2008 BMW X5, a 2010 Toyota

21  Venza, and two 2009 Audi A4's—from Long Beach, California to Da Nang City,

22  Vietnam, which had a combined resale value of approximately $165,000.

23    9.    In its role as an NVOCC, N.C. SHIPPING was hired by HN AUTO to

24  arrange the transportation and delivery of the vehicles in accord with the

25  instructions given to it by HN AUTO and to also arrange compliance with the

26  relevant U.S. export formalities.  An NVOCC is licensed and regulated by the

27  Federal Maritime Commission ("FMC").  The FMC defines "freight forwarding

28  services" at 46 C.F.R. § 515.2(i) as "the dispatching of shipments on behalf of

Mitchell
Silberberg &
Knupp LLP

2718136.1

2

HN Automobile vs. N.C. Shipping, Inc., et al.

1    others, in order to facilitate shipment by a common carrier, which may include, but

2    are not limited to, the following: (1) Ordering cargo to port; (2) Preparing and/or

3    processing export declarations; (3) Booking, arranging for or confirming cargo

4    space; (4) Preparing or processing delivery orders or dock receipts; (5) Preparing

5    or processing ocean bills of lading; (6) Preparing or processing consular documents

6    or arranging for their certification; (7) Arranging for warehouse storage; (8)

7    Arranging for cargo insurance; (9) Clearing shipments in accordance with United

8    States Government export regulations; (10) Preparing and/or sending advance

9    notifications of shipments or other documents to banks, shippers, or consignees, as

10   required; (11) Handling freight or other monies advanced by shippers, or remitting

11   or advancing freight or other monies or credit in connection with the dispatching of

12   shipments; (12) Coordinating the movement of shipments from origin to vessel;

13   and (13) Giving expert advice to exporters concerning letters of credit, other

14   documents, licenses or inspections, or on problems germane to the cargoes'

15   dispatch." An NVOCC provides all of these services, and more, and what

16   distinguishes an NVOCC from a freight forwarder is the NVOCC issues bills of

17   lading and so acts as a carrier in its relationship with its customer and as a shipper

18   in its relationship with the vessel operator.

19        10.    The duties and responsibilities of an NVOCC are articulated at 46

20   U.S.C. § 40102(16) and 46 C.F.R. § 515.2 to mean: "a common carrier that does

21   not operate the vessels by which the ocean transportation is provided…"

22   Therefore, in carrying out its NVOCC duties and responsibilities to HN AUTO,

23   N.C. SHIPPING would have had to and did hire a vessel operator in order to

24   physically transport the cars from Long Beach, California to Vietnam. In order to

25   transport the cars from California to Vietnam, N.C. SHIPPING hired Wan Hai

26   which stowed the vehicles on its vessel and physically transported them via ocean

27   from California to Vietnam.

28

Mitchell
Silberberg &
Knupp LLP

2718136.1

HN Automobile vs. N.C. Shipping, Inc., et al.

11.     In furtherance of its duties as an NVOCC, N.C. SHIPPING issued to HN AUTO Bills of Lading NC1001003 and NC1001004 which constitute the contracts of carriage at issue in this case.  True and correct copies of these bills of lading are attached hereto as Exhibits 1 and 2, respectively, and are incorporated herein by reference.  Said bills of lading establish that the four (4) vehicles tendered by HN AUTO to N.C. SHIPPING for transport from Long Beach to Vietnam were received by N.C. SHIPPING in good order and N.C. SHIPPING then tendered the vehicles to Wan Hai which laden them on board the M/V SHANGHAI BRIDGE, Voyage W062 on or about January 14, 2010, See Exhibits 3 and 4 attached hereto and incorporated herein by reference.

12.     Each of the two N.C. SHIPPING bills of lading (Exhibits 1 and 2, respectively) acknowledges the vehicles were stowed into containers before being loaded on the outbound vessel.  Bill of Lading NC1001003 states, "CONTAINERS SAID TO CONTAIN: USED AUTOMOBILES 2 UNITS  1. 2008 BMW X5 VIN# 5UXFE43548L021517 2. 2009 AUDI A4 VIN.# WAUMF78K99N035597." Similarly, Bill of Lading NC1001004 states, "CONTAINERS SAID TO CONTAIN: AUTOMOBILES 2 UNITS  1. USED CAR 2009 AUDI A4 VIN# WAUSF78K49N023087 2. NEW CAR 2010 TOYOTA VENZA VIN.# 4T3ZA3BB8AU020482."

13.     HN AUTO has duly performed all of the conditions and covenants required on its part pursuant to the contracts of carriage, except in so far as such performance has been prevented or excused by the acts or omissions of the Defendants, and each of them.

14.     Instead of delivering the vehicles at Da Nang City, Vietnam, as required by the contracts of carriage between Plaintiff and N.C. SHIPPING, N.C. SHIPPING, VOUNG and DOES 1 through 20, inclusive, intentionally rerouted the automobiles to Ho Chi Minh City, Vietnam, where they arrived on or about February 14, 2010.  Defendants, and each of them, further misrouted the goods by

Mitchell
Silberberg &
Knupp LLP

2718136.1

4

HN Automobile vs. N.C. Shipping, Inc., et al.

1  directing their delivery to a party of their own choosing and not as instructed by

2  HN AUTO or as agreed in the contracts of carriage, i.e., Exhibits 1 and 2.  Due to

3  the intentional misdelivery of the automobiles by Defendants, and each of them,

4  HN AUTO was not able to deliver the vehicles in a timely fashion to its customers,

5  who paid in advance for their cars.

6       15.    As a proximate cause of the breach by Defendants, and each of them,

7  HN AUTO has suffered injury to its reputation, business, trade, profession, and

8  occupation.

9       16.    Defendants, and each of them, purposely and knowingly misdelivered

10  the vehicles to their own agent or agents in Ho Chi Minh City instead of arranging

11  delivery in accord with the instructions given by and the contracts of carriage as

12  agreed with HN AUTO.  As a result of the intentional misdelivery by Defendants,

13  and each of them, HN AUTO no longer has access to or control over the vehicles

14  and so is in breach of its sales agreements with its buyers.

15       17.    Further, based on a sales contract between N.C. SHIPPING and

16  DNTN DV TM HGUYEN THANH LIEM ("DNTN") dated January 3, 2010 (a

17  true and correct copy of which is attached hereto as Exhibit 5 and incorporated

18  herein by reference), it appears that Defendants, and each of them, had planned to

19  take wrongful possession of HN AUTO's vehicles prior to or at the time they

20  entered into the contracts of carriage with Plaintiff.  Their sales contract, Exhibit 5,

21  shows the intention of Defendants, and each of them, to sell the vehicles to a buyer

22  in direct contravention of the contracts of carriage entered into with Plaintiff.

23  Further, Exhibit 6 is a true and correct copy of an invoice and packing list issued

24  by N.C. SHIPPING which further supports the sale of HN AUTO's vehicles by

25  N.C. SHIPPING to DNTN, a party unknown to and not authorized by Plaintiff to

26  take possession or custody of its vehicles. To further carry out the misdelivery and

27  in furtherance of the their scheme, Defendants, and each of them, issued revised

28  bills of lading which bear the same numbers as those issued to Plaintiff, see Exhibit

Mitchell
Silberberg &
Knupp LLP

2718136.1

5

1   7 (NC1001003) and 8 (NC1001004), respectively, which are true and correct

2   copies of those bills of lading and are incorporated herein by reference. According

3   to the sales contract and commercial invoice, the four (4) vehicles were sold by

4   Defendants, and each of them, to parties not authorized by HN AUTO for a value

5   of $77,000, an amount which is less than half their resale value.

6        18.    Defendants, and each of them, were entrusted by HN AUTO as

7   bailees for hire with four (4) vehicles which were to be delivered to HN AUTO's

8   designated agent in Da Nang City, Vietnam, but instead those vehicles were

9   intentionally misrouted to Ho Chi Minh City, Vietnam and delivered to and sold by

10  Defendants and each of them, to a party unknown and unauthorized by HN AUTO

11  and other than as directed by Plaintiff.  As a bailee for hire, Defendants, and each

12  of them, had a contractual and common law duty to preserve the goods entrusted to

13  them on behalf of Plaintiff and failed and refused and continue to fail and refuse to

14  do so.

15              **COUNT 1**

16         **(BREACH OF CONTRACT)**

17       19.    Plaintiff repeats and realleges each, every and all of the allegations

18  contained in Paragraphs 1 - 18 and incorporates same herein as though fully set

19  forth.

20       20.    In breach of their contractual and common law duties, Defendants,

21  and each of them, sold and delivered Plaintiff's vehicles to one or more

22  unauthorized parties and/or failed to take the steps reasonably necessary to protect

23  the cargo and keep it safe, thereby breaching their duties as an NVOCC, a common

24  carrier and a bailee for hire.

25       21.    As a direct result of the breach by Defendants, and each of them, of

26  their contractual and common law duties, HN AUTO has suffered the loss of the

27  value of said goods, plus related expenses, and damages which total at least

28  $170,300 (their $165,000 resale value plus the $5,300. paid to ship the vehicles)—

Mitchell
Silberberg &
Knupp LLP

2718136.1

6

HN Automobile vs. N.C. Shipping, Inc., et al.

insofar as may now be estimated, plus additional damages for the injury suffered to its reputation, business, trade, profession and occupation in a sum according to proof at trial.

## COUNT 2
## (CONVERSION)

22.     Plaintiff repeats and realleges each, every and all of the allegations contained in Paragraphs 1 – 18 and 20 and incorporates same herein as though fully set forth.

23.     Defendants, and each of them, have, without permission or authority, wrongfully taken and misappropriated the valuable property of HN AUTO for their own use.

24.     Defendants, and each of them, acted as though they owned Plaintiff's automobiles by taking them from Plaintiff and intentionally misdirecting them to Ho Chi Minh City, Vietnam, and selling said automobiles to one or more unauthorized buyers for the personal financial gain of Defendants, and each of them.

25.     When Plaintiff attempted to regain possession of its automobiles, Defendants, and each of them, wrongfully withheld them from the Plaintiff.

26.     The foregoing acts of Defendants, and each of them, constitute conversion in violation of applicable law.

27.     As a direct and proximate result of the acts of Defendants, and each of them, Plaintiff has suffered damages, the amount of which is at least $170,300, insofar as may now be estimated, plus additional damages for injury suffered to its reputation, business, trade, profession and occupation in a sum according to proof at trial.

28.     Plaintiff, HN AUTO, alleges that Defendants, and each of them, have acted intentionally, knowingly and in conscious disregard of Plaintiff's rights and, in engaging in the conduct herein alleged, have acted with fraud, oppression, and

Mitchell
Silberberg &
Knupp LLP

2718136.1

7

1 | malice. By reason thereof, Plaintiff is entitled to exemplary damages against

2 | Defendants, and each of them, in a sum according to proof at time of trial.

3 | **COUNT 3**

4 | **(FRAUD)**

5 | 29.   Plaintiff repeats and realleges each, every and all of the allegations

6 | contained in Paragraphs 1 – 18, 20, 23-26 and incorporates same herein as though

7 | fully set forth.

8 | 30.   Defendants, and each of them, intended to deceive and knowingly

9 | misrepresented to Plaintiff that they would deliver Plaintiff's vehicles to HN

10 | AUTO's agent in Da Nang City, Vietnam. At the time of these misrepresentations,

11 | Defendants, and each of them, had already made a deal to sell the very same

12 | automobiles to their own buyer(s) in Ho Chi Minh City, Vietnam.

13 | 31.   Defendants, and each of them, knew that the statements and

14 | representations made indicating that they would safely deliver HN AUTO's

15 | vehicles in good order to HN AUTO's agent in Da Nang City were false at the

16 | time they were made. Defendants, and each of them, intended to induce HN

17 | AUTO to rely upon such fraudulent statements and representations, so that

18 | Defendants, and each of them, could obtain wrongful possession of HN AUTO's

19 | vehicles.

20 | 32.   In acting and entering into the agreement with Defendants, and each

21 | of them, HN AUTO reasonably and justifiably relied on the false representations

22 | made by Defendants, and each of them, as alleged herein.

23 | 33.   At the time the foregoing representations were made and Plaintiff so

24 | acted and entered into said agreements, HN AUTO had no knowledge of the falsity

25 | of the representations of Defendants, and each of them.

26 | 34.   Defendants', and each of their, misrepresentations and omissions as

27 | alleged hereinabove were material to HN AUTO's decisions to so act and enter

28

Mitchell
Silberberg &
Knupp LLP

2718136.1

8

HN Automobile vs. N.C. Shipping, Inc., et al.

1  into said contracts of carriage, and HN AUTO would not have so acted or entered
2  into such agreements had it known the true facts.

3      35.    As a direct and proximate cause of Defendants', and each of their,
4  fraud and misrepresentation, HN AUTO has suffered damages in an amount of at
5  least $170,300, plus additional damages for the injury to its reputation, business,
6  trade, profession and occupation in a sum according to proof at trial.

7      36.    Plaintiff, HN AUTO, alleges that Defendants, and each of them, have
8  acted intentionally, knowingly and in conscious disregard of its rights and, in
9  engaging in the conduct herein alleged, are guilty of fraud, oppression, and malice.
10  By reason thereof, HN AUTO is entitled to exemplary damages against
11  Defendants, and each of them, in the sum according to proof at time of trial.

12  / / /
13  / / /
14  / / /

15
16
17
18
19
20
21
22
23
24
25
26
27
28

Mitchell
Silberberg &
Knupp LLP

2718136.1

HN Automobile vs. N.C. Shipping, Inc., et al.

WHEREFORE, HN AUTOMOBILE LLC prays for judgment against Defendants N.C. SHIPPING INC., NICK MINH VUONG, and DOES 1 through 10, inclusive, jointly and severally, as follows:

1.     For compensatory damages in the sum of $170,300, plus additional damages for the injury suffered to HN AUTOMOBILE LLC 's reputation, business, trade, profession and occupation in a sum according to proof at trial;

2.     For prejudgment interest in a sum according to proof at time of trial;

3.     For exemplary damages according to proof at time of trial;

4.     For reasonable attorneys' fees and costs incurred herein as provided by contract or statute;

5.     For costs of suit; and

6.     For such other and further relief as the court may deem proper.


DATED: June 3, 2010

SUSAN KOHN ROSS
DANIEL I. KAPELOVITZ
MITCHELL SILBERBERG & KNUPP LLP


By: _____
Susan Kohn Ross (SBN 84868)
Daniel I. Kapelovitz (SBN 268001)
Attorneys for Plaintiff
HN AUTOMOBILE, LLC, a Missouri company

Mitchell
Silberberg &
Knupp LLP

2718136.1

HN Automobile vs. N.C. Shipping, Inc., et al.

# N.C. Shipping, Inc.

**OCEAN BILL OF LADING**
FOR MULTIMODAL TRANSPORT/AND
PORT TO PORT SHIPMENT
NOT NEGOTIABLE UNLESS CONSIGNED "TO ORDER"

| EXPORTER/SHIPPER | BILL OF LADING NUMBER | FMC OTI LICENSE NUMBER |
|---|---|---|
| HN AUTOMOBILE, LLC. 4804 BELLEVIEW AVE KANSAS CITY, MO. U.S.A.          ZIP CODE 64112 | NC1001003 | NO.019261N |
| | EXPORT REFERENCES BOOKING NO.: 0730000103 | |

| CONSIGNEE | FORWARDING AGENT |
|---|---|
| DANANG SHIPCHANDLER CORPORATION (DANANG SHIPCHANCO) DANANG CITY, S.R. VIETNAM TEL.: 84 511 3823892 | N.C. SHIPPING, INC. 7771 GARVEY AVE., SUITE #D ROSEMEAD, CA. 91770 |
| | POINT (STATE) OF ORIGIN OR FTZ NUMBER CALIFORNIA, USA |

| NOTIFY PARTY | DESTINATION AGENT |
|---|---|
| SAME AS THE CONSIGNEE | M & P INTERNATIONAL CO., LTD. (DANANG BRANCH) HAGL PLAZA, FL., 8, RM# 810A 01 NGUYEN VAN LINH STREET HAI CHAU DISTRICT DANANG CITY, VIETNAM CONTACT : MS. TAM |

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | | | | |
|---|---|---|---|---|---|
| OCEAN VESSEL SHANGHAI BRIDGE W062 | PORT OF LOADING / EXPORT LONG BEACH, CA. | LOADING PIER / TERMINAL | TYPE OF MOVE DOOR/CY | CONTAINERIZED X YES   NO | |
| PORT OF DISCHARGE DA NANG, PORT | PLACE OF DELIVERY BY ON-CARRIER DA NANG, PORT | FINAL DESTINATION (FOR REFERENCE ONLY) | | NUMBER OF ORIGINAL B/L SURRENDERED | |

PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS | NO. OF PACKAGES | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT M³ |
|---|---|---|---|---|
| AS ADDRSSSED<br><br>CONTAINER NO.: WHLU4153170 SEAL NO.: 74004 | 1X40' | SHIPPER'S LOAD, STOW AND COUNT:<br><br>CONTAINERS SAID TO CONTAIN :<br><br>USED AUTOMOBILES 2 UNITS<br><br>1. 2008 BMW X5<br>   VIN.# 5UXFE43548L021517<br>2. 2009 AUDI A4<br>   VIN.# WAUMF78K99N035597<br><br>AES ITN# X20100112010922<br><br>" FREIGHT PREPAID "<br><br>          LADEN ON BOARD ʋᵗⁱ<br>          JANUARY 14, 2010<br><br>          AS PER INVOICE | 3,064. KGS | 20 CBM<br><br><br>" B/L SURRENDERED " |

DECLARED VALUE (see clause 6 on reverse hereof) in US$ _____ (for AD VALOREM purpose only)

In accepting this bill of lading, any local customs or privileges to the contrary notwithstanding, the shipper, consignee and owner of the goods and the holder of this bill of lading, agree to be bound by all the stipulations, exceptions and conditions stated herein whether written, printed, stamped or incorporated on the front or reverse side hereof, as fully as if they were all signed by such shipper, consignee, owner or holder.

In witness whereof three (3) bills of lading, all of this tenor and date have been signed, one of which being accomplished, the others to stand void.

**FREIGHT AND CHARGES:**

PREPAID AS ARRANGED

## N.C. Shipping, Inc.

WAN HAI LINES LTD.   _(signature)_

| AS CARRIER | |
|---|---|
| JANUARY 14, 2010 | |
| DATED | * APPLICABLE ONLY WHEN DOCUMENT USED AS A COMBINED TRANSPORT BILL OF LADING |

**EXHIBIT 1**

# N.C. Shipping, Inc.

**OCEAN BILL OF LADING**
FOR MULTIMODAL TRANSPORT/AND
PORT TO PORT SHIPMENT
NOT NEGOTIABLE UNLESS CONSIGNED "TO ORDER"

| EXPORTER/SHIPPER | BILL OF LADING NUMBER | FMC OTI LICENSE NUMBER |
|---|---|---|
| HN AUTOMOBILE, LLC.<br>4804 BELLEVIEW AVE<br>KANSAS CITY, MO.<br>U.S.A.<br>ZIP CODE 64112 | NC1001004<br>EXPORT REFERENCES<br>BOOKING NO.: 0739005807 | NO.019261N |

| CONSIGNEE | FORWARDING AGENT |
|---|---|
| DANANG SHIPCHANDLER CORPORATION<br>(DANANG SHIPCHANCO)<br>DANANG CITY, S.R. VIETNAM<br>TEL.: 84 511 3823892 | N.C. SHIPPING, INC.<br>7771 GARVEY AVE., SUITE #D<br>ROSEMEAD, CA. 91770<br>POINT (STATE) OF ORIGIN OR FTZ NUMBER<br>CALIFORNIA, USA |

| NOTIFY PARTY | DESTINATION AGENT |
|---|---|
| SAME AS THE CONSIGNEE | M & P INTERNATIONAL CO., LTD. (DANANG BRANCH)<br>HAGL PLAZA, FL., 8, RM# 810A<br>01 NGUYEN VAN LINH STREET<br>HAI CHAU DISTRICT<br>DANANG CITY, VIETNAM<br>CONTACT : MS. TAM |

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | | | |
|---|---|---|---|---|
| OCEAN VESSEL<br>SHANGHAI BRIDGE W062 | PORT OF LOADING / EXPORT<br>LONG BEACH, CA. | LOADING PIER / TERMINAL | TYPE OF MOVE<br>DOOR/CY | CONTAINERIZED<br>X YES   NO |
| PORT OF DISCHARGE<br>DA NANG, PORT | PLACE OF DELIVERY BY ON-CARRIER<br>DA NANG, PORT | FINAL DESTINATION (FOR REFERENCE ONLY) | | NUMBER OF ORIGINAL B / L<br>SURRENDERED |

PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS | NO. OF PACKAGES | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT M³ |
|---|---|---|---|---|
| AS ADDRSSSED<br><br>CONTAINER NO.:<br>WHLU4126410<br>SEAL NO.:<br>74005 | 1X40' | SHIPPER'S LOAD, STOW AND COUNT:<br><br>CONTAINERS SAID TO CONTAIN :<br><br>AUTOMOBILES 2 UNITS<br><br>1. USED CAR 2009 AUDI A4<br>   VIN.# WAUSF78K49N023087<br>2. NEW CAR 2010 TOYOTA VENZA<br>   VIN.# 4T3ZA3BB8AU020482<br><br>AES ITN# X20100111039460<br><br>" FREIGHT PREPAID "<br><br>LADEN ON BOARD VM<br>JANUARY 14, 2010<br><br>AS PER INVOICE | 2,975. KGS<br><br><br><br><br><br><br>" B/L SURRENDERED " | 20 CBM |

DECLARED VALUE (see clause 6 on reverse hereof) in US$ _____ (for AD VALOREM purpose only)

In accepting this bill of lading, any local customs or privileges to the contrary notwithstanding, the shipper, consignee and owner of the goods and the holder of this bill of lading, agree to be bound by all the stipulations, exceptions and conditions stated herein whether written, printed, stamped or incorporated on the front or reverse side hereof, as fully as if they were all signed by such shipper, consignee, owner or holder.

In witness whereof three (3) bills of lading, all of this tenor and date have been signed, one of which being accomplished, the others to stand void.

**FREIGHT AND CHARGES:**

PREPAID AS ARRANGED

**N.C. Shipping, Inc.**
WAN HAI LINES LTD.

| AS CARRIER | JANUARY 14, 2010 |
|---|---|
| | DATED |

* APPLICABLE ONLY WHEN DOCUMENT USED AS A COMBINED TRANSPORT BILL OF LADING

**EXHIBIT 2**

N C SHIPPING INC.
7770 GARVEY AVE., SUITE #D
ROSEMEAD, CA 91770
U.S.A.

**Consignee**

VIET HA TRANSPORT FORWARDING
TRADING CO.,LTD.
113 B, LAC LONG QUAN STREET
WARD 3,DISTRICT 11
HOCHIMINH CITY,VIETNAM
TEL:848-35140780

Notify party  (carrier not to be responsible for failure to notify)

SAME AS CONSIGNEE

B/L No.
0730000103
S7C No : WLA09-071N
/// TELEX RELEASE B/L ///

萬 海 航 運 股 份 有 限 公 司
**WAN HAI** LINES LTD.
BILL OF LADING

SHIPPING AGENT REFERENCES (COMPLETE NAME AND ADDRESS)

WAN HAI LINES LTD.
27 NGUYEN TRUNG TRUC ST, DIST 1. HOCHIMINH
CITY, S.R.VIETNAM
TEL : 8225720    FAX : 8251883

| Ocean vessel / Voy No. | | Pre-carriage by | |
|---|---|---|---|
| HORAY BRIDGE | S008 | | |
| Port of loading | | Place of receipt | |
| LONG BEACH, UNITED STATES | | LONG BEACH, UNITED STATES | |
| Port of discharge | | Place of delivery | Final destination (for the Merchant reference) |
| VICT HCMC PORT | | VICT HCMC, VIETNAM | |

| Container No.  Seal No.  Marks and Numbers | Number of containers or packages | Kind of Packages, Description or goods | Gross weight/ Measurement |
|---|---|---|---|
| FCL/FCL<br>WHLU4153170/40SD86 74004<br>N/M<br>AESITN:X20100112010922 | 1 CTR<br>2UNT | "SHIPPER'S PACK LOAD COUNT & SEAL"<br>"SAID TO CONTAIN"<br>1X40'SD CONTAINER<br>USED AUTOMOBILES 2 UNITS<br>1.2008 BMW X5<br>VIN#5UXFE43548L021517<br>2.2009 AUDI A4<br>VIN#WAUMF78K99N035597<br>RRF:NCT001003<br>SAY: ONE CONTAINER ONLY<br>"FREIGHT PREPAID" | 3064<br>KGM<br>20.000<br>MTQ |

copy
non-negotiable

| Freight payable at | Ex. Rate | No. of original B(s)L | Place and date of issue |
|---|---|---|---|
| LONG BEACH | | ZERO (0) | VIETNAM |

ĐIỆN GIAO HÀNG
PHOENIX SHIPPING CO., LTD.
(HO CHI MINH OFFICE)

PHOENIX SHIPPING Co., LTD
WAN HAI LINES LTD.

**EXHIBIT 3**

Laden on board

Date

N C SHIPPING INC.
7771 GARVEY AVE., SUITE #D
ROSEMEAD, CA 91770
U.S.A.



B/L No: 0739005807
S/C No : WLA09-071N

Consignee
VIET HA TRANSPORT FORWARDING TRADING
CO.,LTD.
113 B,LAC LONG QUAN STREET
WARD 3,DISTRICT 11
HOCHIMINH CITY,VIETNAM
TEL:848-35140780

## WAN HAI LINES (SINGAPORE) PTE LTD.
# BILL OF LADING

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise indicated herein, the Goods, or container or packages said to contain the cargo herein mentioned to be carried subject to all the terms and conditions provided for on the ...

Notify party (carrier not to be responsible for failure to notify)
SAME AS CONSIGNEE

WAN HAI LINES SHIPPING AGENT REFERENCES (COMPLETE NAME AND ADDRESS)
27 NGUYEN TRUNG TRUC ST, DIST 1. HOCHIMINH
CITY, S.R.VIETNAM
TEL : 8225720     FAX : 8251883

| Ocean Vessel / Voy No. | | Pre-carriage by | |
|---|---|---|---|
| HORAI BRIDGE | S008 | | |

| Port of loading | Place of receipt | |
|---|---|---|
| LONG BEACH, UNITED STATES | LONG BEACH, UNITED STATES | |

| Port of discharge | Place of delivery | Final destination (for the Merchant reference) |
|---|---|---|
| VICT HCMC, VIETNAM | VICT HCMC, VIETNAM | |

| Container No. Seal No. Marks and Numbers | Number of containers packages | Kind of Packages; Description of goods | Gross weight/ Measurement |
|---|---|---|---|
| FCL/FCL | 1 CTR | "SHIPPER'S PACK LOAD COUNT & SEAL" | 2975 |
| WHLU4126410/40SD86 74005 | 2UNT | "SAID TO CONTAIN" | |
| N/M | | 1X40'SD CONTAINER | KGM |
| | | AUTOMOBILE 2 UNITS | 25.000 |
| AESITN:X20100111039460 | | 1.USED CAR 2009 AUDI A4 | MTQ |
| | | VIN#WAUSF78K49N023087 | |
| | | 2.NEW CAR 2010 TOYOTA VENZA | |
| | | VIN#4T3ZA3BB9AU020482 | |
| | | REF:NC1001004 | |
| | | SAY: ONE CONTAINER ONLY | |
| | | "FREIGHT PREPAID" | |

copy
non-negotiable

| Freight payable at | Ex. Rate | No. of original B(s)/L | Place and date of issue |
|---|---|---|---|
| LONG BEACH | | ZERO (0) | HCMC, VIETNAM |

302 9228D4

ĐIỆN GIAO HÀNG
PHOENIX SHIPPING CO., LTD.
HO CHI MINH C(SICE)
PHOENIX SHIPPING CO., LTD

Laden on board
Date

GENERAL AGENT FOR

**EXHIBIT 4**

# SALES CONTRACT

No : 12/SHC
Date : 03 Jan. - 2010

**SELLING PARTY** : N.C.SHIPPING, INC
Address          : 7771 GARVEY AVE, SUITE # D, ROSEMEAD, CA
Tel              : 626-571-7071          Fax: 626-571-7084
Representative    : MR NICK MINH VUONG/ PRESIDENT

**BUYING PARTY**  : DNTN DV TM NGUYEN THANH LIEM
Address:           292 AN DUONG VUONG, PHUONG 4, QUAN 5, HO CHI MINH.
                   VIET NAM
Tel               : 08.38 338 525          - Fax:
Representative    : Director Mr NGUYEN THANH LIEM

This is to confirm the Seller having sold and the Buyer having bought the mentioned goods
as per following terms and conditions :

## 1. Commodity :

| NO. | Description Year/Make/Model | Unit | Condition | Unit Price | Total Amount (USD) |
|-----|------------------------------|------|-----------|------------|--------------------|
| 01 | 2008 BMW X5 3.0I | 01 | Used | 25,000 | 25,000 |
| 02 | 2009 AUDI A4 2.0T | 02 | Used | 16,000 | 32,000 |
| 03 | 2010 TOYOTA VENZA 2.7 | 01 | Brand-new | 20,000 | 20,000 |
| | TOTAL | 04 | | | 77,000 |

Payment: USD 77,000
*Say : United State Dollars seventy seven thousand only.*
Term : CIF – HCM

GIÁM ĐỐC

## 2. Shipment :
Latest shipment date : Latest in Feb 28, - 2010
Partial shipment: not allowed.
Transshipment: allowed.
Port of shipment : any port of USA
Port of destination : Any Port of Ho Chi Minh – Viet Nam.
Shipping documents required as follows in original:
* 3/3 sets clean shipped on board ocean B/L.
* Signed Commercial Invoice issued by the Seller
* Detailed Packing List (Including Frame/ Engine Number) issued by the Seller.
* Quantity - quality certificate 01 original released by manufacturer.
The third documents are accepted.

**EXHIBIT 5-1**

3. Parking : In Export standard packing.

4. Marks : No marks.

5. Payment :

In USD, payment by TTR for 100% value of commercial invoice and contract within 45 date after arrived.

Seller's bank name :      EAST WEST BANK
The Seller's Bank        :8168 E. GARVEY AVE
Address                  :ROSEMEAD, CA. 91770
• ACCOUNT NO           :81517825
• SWIFT CODE           :EWBKUS66XXX
• BENEFICIARY          :N.C. SHIPPING, INC.

The Buyer's Bank         :
   • ACCOUNT NO        :

6. Inspection of goods :

INSPECTION OF QUANTILY & QUALITY: The inspection at loading port as final. The seller is not blame for change of goods' worth.

7. Arbitration:

To ensure delivery time, if the deliver was late after 5 days. The seller would have to discount 10% value of the car. The airway delivered is accepted. All cost originaring will be faid by the seller and not effected to be car's price.

This contract will be governed by the provision of "INCOTERM 2000" if any dispute arise under this contract that it not settled by an amicable between the two side, the matter will be transfer to the arbitration in Vietnam in accordance with the international commercial arbitration rules. The decision taken by Arbitration Board will be the final and all the fees and expenses occurred in this arbitration shall be born by losing party.

8. General condition:

Any changes and amendment to this contract should be made in written form and subject to prior approval by both parties all disputes should be settled by amicable negotiation. This contract made in English in 02 copies, one of each retained by each Party.

FOR THE SELLER                              FOR THE BUYER

MR. NICK MINH VUONG


N.C. SHIPPING, INC.                          GIAM ĐỐC
7711 Garvey Ave., STE D                      Nguyễn Thanh Liêm
Rosemead, CA 91770

**EXHIBIT 5-2**

## INVOICE & PACKING LIST

| SHIPPER | INVOICE NO: | DATE: |
|---|---|---|
| N.C.SHIPPING, INC<br>7771 GARVEY AVE, SUITE # D, ROSEMEAD, CA<br>Tel:                              Fax | 245-INC | 12-Jan-10 |

| CONSIGNEE | | |
|---|---|---|
| DNTN DV TM NGUYEN THANH LIEM<br>292 AN DUONG VUONG, PHUONG 4, QUAN 5,<br>HO CHI MINH, VIET NAM<br>Tel: 08.38338525          Fax: 08.38338525 | CONTRACT NO<br>B/L NUMBER :<br>VESSEL<br>PORT OF DEPARTURE<br>PORT OF DESTINATION<br>PAYMENT TERM | 12/3.INC<br>NC1001003, NC1001004<br>SHANGHAI BRIDGE W062<br>LONG BEACH, CA<br>VICT, HO CHI MINH<br>CIF HCM |

| Q.TY | GROSS WEIGHT/UNIT | DESCRIPTION OF GOODS BRAND-NEW AND USED CAR | VALUE/ UNIT | VALUE/TOTAL |
|---|---|---|---|---|
| 01 UNIT | 1,670 KGS | 2008 BMW X3 3.0I<br>5UXFE43548L021517 | $25,000 | $25,000 |
| 02 UNIT | 2,788 KGS. | 2009 AUDI A4 2.0T<br>WAUMF78K99N035597; WAUSF78K49N023087 | $16,000 | $32,000 |
| 01 UNIT | 1,581 KGS | 2010 TOYOTA VENZA<br>4T3ZA3BB8AU020492 | $20,000 | $20,000 |
| | | TOTAL VALUE (USD) | | $77,000 |
| | | DISCOUNT/REBATE   (0%) | | $0 |
| | | TOTAL INVOICE AMOUNT (USD) | | $77,000 |

QUANTITY: 04 UNIT
ORIGINAL LEFT HAND DRIVE
MANUFACTURED IN: USA & GERMAN

ADDITIONAL COMMENTS
*ALL KEYS (3 MAIN AND 1 POCKET KEY), USER MANUALS, CARGONET, TRUNK MAT ARE INCLUDED

*Say : United State Dollars seventy seven thousand only.*

ORIGINAL

MR.  NICK MINH VUONG

N.C.SHIPPING,INC.

N.C. SHIPPING, INC.
7771 Garvey Ave., Ste. D
Rosemead, CA 91770

**EXHIBIT 6**

# N.C. Shipping, Inc.

**OCEAN BILL OF LADING**
FOR MULTIMODAL TRANSPORTATION
PORT TO PORT SHIPMENT
NOT NEGOTIABLE UNLESS CONSIGNED "TO ORDER"

| | |
|---|---|
| **EXPORTER/SHIPPER**<br>N.C. SHIPPING, INC.<br>7771 GARVEY AVE., SUITE# D<br>ROSEMEAD, CA.<br>U.S.A. | **BILL OF LADING NUMBER**<br>NC1001003<br><br>**FMC OR LICENSE NUMBER**<br>NO.019281N |

**ZIP CODE** 91770

**EXPORT REFERENCES**
BOOKING NO.: 0730000103

| | |
|---|---|
| **CONSIGNEE**<br>DNTN DV TM NGUYEN THANH LIEM<br>292 AN DUONG VUONG<br>PHUONG 4, QUAN 5<br>HOCHIMINH CITY - VIETNAM | **FORWARDING AGENT**<br>N.C. SHIPPING, INC. CAO V BẢN CHÍNH<br>7771 GARVEY AVE., SUITE#D<br>ROSEMEAD, CA. 91770 Ngày 04 tháng 03 năm 2010<br><br>**POINT (STATE) OF ORIGIN OR FTZ NUMBER**<br>CALIFORNIA, USA |

**NOTIFY PARTY**
SAME AS THE CONSIGNEE

**DESTINATION AGENT**
VIET HA TRANSPORT FORWARDING TRADING CO., LTD.
113 B, LAC LONG QUAN STREET
WARD 3, DISTRICT 11
HOCHIMINH CITY, VIETNAM
TEL.: 848-35140780
CONTACT: MR. HUYNH PHI

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | | |
|---|---|---|---|
| **OCEAN VESSEL**<br>SHANGHAI BRIDGE W062 | **PORT OF LOADING / EXPORT**<br>LONG BEACH, CA. | **LOADING PIER / TERMINAL** | **TYPE OF MOVE**<br>DOOR/CY   X | **CONTAINERIZED**<br>YES   NO |
| **PORT OF DISCHARGE**<br>HOCHIMINH CITY | **PLACE OF DELIVERY BY ON-CARRIER**<br>VICT, TERMINAL | **FINAL DESTINATION (FOR REFERENCE ONLY)** | **NUMBER OF ORIGINAL B/L**<br>SURRENDERED |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS AND NUMBERS | NO. OF PACKAGES | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| AS ADDRESSED<br><br>CONTAINER NO.:<br>WHLU4153170<br>SEAL NO.:<br>74004 | 1X40' | SHIPPER'S LOAD, STOW AND COUNT:<br><br>CONTAINERS SAID TO CONTAIN :<br><br>USED AUTOMOBILES 2 UNITS<br><br>1. 2008 BMW X5<br>   VIN.# 5UXFE43548L02____<br>2. 2009 AUDI A4<br>   VIN.# WAUMF78K99N0____<br><br>AES ITN# X20100112010922<br><br>" FREIGHT PREPAID "<br><br>LADEN ON BOARD<br>JANUARY 14, 2010<br><br>AS PER INVOICE | 3,064. KGS | 20 CBM |

GIÁM ĐỐC
Nguyễn Thanh Liêm

" B/L SURRENDERED "

VH.

**DECLARED VALUE** (see clause 6 on reverse hereof in 1288)                    (for AD VALOREM purpose only)

**FREIGHT AND CHARGES**
PREPAID AS ARRANGED

In accepting this bill of lading, any local customs or privileges to the contrary notwithstanding, the shipper, consignee and owner of the goods and the holder of this bill of lading, agree to be bound by all the stipulations, exceptions and conditions stated herein whether written, printed, stamped or incorporated on the front or reverse side hereof, as fully as if they were all signed by such shipper, consignee, owner or holder.

In witness whereof three (3) bills of lading, all of this tenor and date have been signed, one of which being accomplished, the others to stand void.

**N.C. Shipping, Inc.**

WAN HAI LINES LTD.

**AS CARRIER**
JANUARY 14, 2010
**DATED**

APPLICABLE ONLY TO THIS DOCUMENT USED AS A COMBINED TRANSPORT BILL OF LADING

**EXHIBIT 7**

# N.C. Shipping, Inc.

**OCEAN BILL OF LADING**
FOR MULTIMODAL TRANSPORT AND
PORT TO PORT SHIPMENT
NOT NEGOTIABLE UNLESS CONSIGNED "TO ORDER"

| | | |
|---|---|---|
| **EXPORTER/SHIPPER**<br>N.C. SHIPPING, INC.<br>7771 GARVEY AVE., SUITE# D<br>ROSEMEAD, CA.<br>U.S.A. | **BILL OF LADING NUMBER**<br>NC1001004 | **FMC OTI LICENSE NUMBER**<br>NO. 019981N |
| | **EXPORT REFERENCES**<br>BOOKING NO: 0739003807 | |
| **ZIP CODE** 91770 | | |
| **CONSIGNEE**<br>DNTN DV TM NGUYEN THANH LIEM<br>292 AN DUONG VUONG<br>PHUONG 4, QUAN 3<br>HOCHIMINH CITY - VIETNAM | **FORWARDING AGENT**<br>N.C. SHIPPING, INC.<br>7771 GARVEY AVE., SUITE #D<br>ROSEMEAD, CA. 91770 | |
| | **POINT AND COUNTRY OF ORIGIN OR FTZ NUMBER**<br>CALIFORNIA, USA | |
| **NOTIFY PARTY**<br>SAME AS THE CONSIGNEE | **DESTINATION AGENT**<br>VIET HA TRANSPORT FORWARDING  TRADING CO., LTD.<br>113 B, LAC LONG QUAN STREET<br>WARD 3, DISTRICT 11<br>HOCHIMINH CITY, VIETNAM<br>TEL.: 848-35140780<br>CONTACT : MR. HUYNH PHI | |
| **PRE-CARRIAGE BY** | **PLACE OF RECEIPT BY PRE-CARRIER** | |
| **OCEAN VESSEL**<br>SHANGHAI BRIDGE W062 | **PORT OF LOADING / EXPORT**<br>LONG BEACH, CA. | **LOADING PIER / TERMINAL** | **TYPE OF MOVE**<br>DOOR/CY | **CONTAINERIZED**<br>X YES   NO |
| **PORT OF DISCHARGE**<br>HOCHIMINH CITY | **PLACE OF DELIVERY BY ON-CARRIER**<br>VICT, TERMINAL | | **FINAL DESTINATION (FOR REFERENCE ONLY)** | **NUMBER OF ORIGINAL B / L**<br>SURRENDERED |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS AND NUMBERS | NO. OF PACKAGES | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT IM |
|---|---|---|---|---|
| AS ADDRESSED | 1X40' | SHIPPER'S LOAD, STOW AND COUNT: | 2,975. KGS | 30 CBM |
| | | CONTAINERS SAID TO CONTAIN : | PHOENIX SHIPPING CO., LTD. | |
| CONTAINER NO.: | | AUTOMOBILES 2 UNITS | (CA/DL OFFICE) | |
| WHLU4126410 | | | | |
| SEAL NO.: | | 1. USED CAR 2009 AUDI A4 | AS GENERAL AGENT FOR | |
| 74005. | | VIN.# WAUSF78K49N023087 | WAN HAI LINES LTD. | |
| | | 2. NEW CAR 2010 TOYOTA VENZA | | |
| | | VIN.# 4T3ZA3BB8AU020482 | | |
| | | AES ITN# X20100111039460 | " B/L SURRENDERED " | |
| 000295 | | "FREIGHT PREPAID." | | |
| | | | LADEN ON BOARD *VM*<br>JANUARY 14, 2010 | |
| | | | AS PER INVOICE | |

DECLARED VALUE (see clause 8 on reverse hereof in US$ _____ (for AD VALOREM per base only)

In accepting this bill of lading, any local custom or privilege to the contrary notwithstanding, the shipper consignee and owner of the goods and the holder of the bill of lading, agree to be bound by all the stipulations, exceptions and conditions stated herein whether written, printed, stamped or incorporated on the front or reverse side hereof, as fully as if they were all signed by such shipper, consignee, owner or holder.

**FREIGHT AND CHARGES:**

PREPAID AS ARRANGED     *TK 299 / nước / kg*

In witness whereof three (3) bills of lading, all of this tenor and date have been signed, one of which being accomplished, the others to stand void.

**N.C. Shipping, Inc.**
WAN HAI LINES LTD.
AS CARRIER
JANUARY 14, 2010

*APPLICABLE ONLY WHEN DOCUMENT USED AS A COMBINED TRANSPORT BILL OR LADING*

**EXHIBIT 8**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Valerie Baker Fairbank and the assigned discovery Magistrate Judge is Patrick J. Walsh.

The case number on all documents filed with the Court should read as follows:

## CV10- 4165 VBF (PJWx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

========================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring ST., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

ORIGINAL



☐ AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
CENTRAL DISTRICT

HN Automobile, LLC, a Missouri company
_____
Plaintiff
v.
N.C. SHIPPING, INC., a  California corporation,
NICK MINH VUONG; and, Does 1 through 10,
inclusive
_____
Defendant

)
)
)
)
)
)

**CV10  4165  VBF**  PJWx

Civil Action No.

## Summons in a Civil Action

To: _____
*(Defendant's name)*

A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it), you must serve on
the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The
answer or motion must be served on the plaintiff's attorney, whose name and address are:

Susan Kohn Ross, Esq. (SBN 84868)      skr@msk.com          Office: 310-312-3206
11377 West Olympic Boulevard                                Fax:  310-231-8406
Los Angeles, CA  90064-1683

Daniel Ignace Kapelovitz (SBN 268001)dik@msk.com            Office: 310-312-3206
11377 West Olympic Boulevard                                Fax:  310-231-8406
Los Angeles, CA  90064-1683

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also
must file your answer or motion with the court.

*Jerry Najera*

Name of clerk of court
**CHRISTOPHER POWERS**

Date: _____ JUN - 4 2010 _____

Deputy clerk's signature

SEAL

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by
Rule 12(a)(3).)*

American LegalNet, Inc.
www.FormsWorkflow.com

☐ AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on  HN Automobile, LLC,
by:

   (1) personally delivering a copy of each to the individual at this place, _____ ; or

   (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

   (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
       _____ ; or

   (4) returning the summons unexecuted to the court clerk on _____

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00. _____

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

American LegalNet, Inc.
www.FormsWorkflow.com

FAXED

### UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
#### CIVIL COVER SHEET

| I. (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| HN Automobile, a Missouri company | N.C. Shipping, Inc., a California Corporation; NICK MINH VUONG; and Does 1 through 10, inclusive. |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Susan Kohn Ross, Esq. (SBN 84868) skr@msk.com<br>Mitchell Silberberg & Knupp LLP   (310) 312-3206<br>11377 West Olympic Blvd., Los Angeles, CA  90064-1683 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☒ **MONEY DEMANDED IN COMPLAINT: $** 170,300

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 U.S.C. § 1333; Fed. R. Civ. P. 9(h), & Rules A, C, and E of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions) & 46 U.S.C. §40102 (16

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | PROPERTY | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 370 Other Fraud | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 443 Housing/Acco-mmodations | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 463 Habeas Corpus-Alien Detainee | | | FEDERAL TAX SUITS |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | ☐ 465 Other Immigration Actions | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**CV10  4165**

FOR OFFICE USE ONLY:   Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08) | CIVIL COVER SHEET | Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No   ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No   ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                               ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                               ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                               ☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Jackson County, MO |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date June 3, 2010

Notice to Counsel/Parties:   The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |