NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Law Offices of Jay W. Smith
Jay W. Smith, Esq.   SBN 150113
jsmith81452@yahoo.com
22136 Sonoma Place
Chatsworth, CA 91311
Telephone: (818) 709-2556
Facsimile: (818) 709-2513

ATTORNEYS FOR : Defendants N.C. Shipping, Inc. and Nick Minhj Vuong

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

HN AUTOMOBILE, LLC, a Missouri company,

Plaintiff(s),

v.

N.C. SHIPPING, INC., a California corporation; NICK MINHJ VUONG, et al.,

Defendant(s)

CASE NUMBER:

CV10-4165 VBF (PJWx)

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
**(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  N.C. SHIPPING, INC. and NICK MINHJ VUONG
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| *(List the names of all such parties and identify their connection and interest.)* | |
| N.C. SHIPPING, INC. | Defendant |
| NICK MINHJ VUONG | Defendant |

| | |
|---|---|
| July 6, 2010 | /s/  Jay W. Smith |
| Date | Sign |
| | LAW OFFICES OF JAY W. SMITH |
| | Attorney for Defendants N.C. Shipping, Inc. and Nick Minhj Vuong |
| | Attorney of record for or party appearing in pro per |

