MITCHELL SILBERBERG & KNUPP LLP
SUSAN KOHN ROSS (SBN 84868)
DANIEL IGNACE KAPELOVITZ (SBN 268001)
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiff
HN AUTOMOBILE, LLC

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HN AUTOMOBILE, LLC, a Missouri corporation,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>N.C. SHIPPING, INC., a California corporation; NICK MINH VUONG, an individual, and DOES 1 through 10, inclusive,<br><br>　　　　　　　　　Defendants. | Case No. CV 10-04165-JST (PJWx)<br><br>Judge:　Hon. Josephine Staton Tucker<br>Courtroom: 10A<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL<br><br>[Federal Rule of Civil Procedure 41(a)(1)(ii)]<br><br>Complaint Filed:　June 4, 2010<br>FSC Date:　　　　February 28, 2011<br>Trial Date:　　　　March 15, 2011 |

3500528.1

# ORDER

**BASED ON THE STIPULATION OF THE PARTIES AND GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED AS FOLLOWS:**

1. This action is dismissed, in its entirety, without prejudice, each party to bear his or its own costs and attorneys' fees.

2. This Court shall retain jurisdiction over Plaintiff HN AUTOMOBILE, LLC on the one part, and Defendants N.C. SHIPPING, INC. and NICK MINH VUONG, on the other part, to enforce the terms of the November 23, 2010 Settlement Agreement including by the entry of judgment against Defendants, jointly and severally, in favor of Plaintiff pursuant to the terms of the Settlement Agreement.

DATED: January 25, 2011

JOSEPHINE STATON TUCKER
The Honorable Josephine Staton Tucker