UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HN AUTOMOBILE, LLC, a Missouri company,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>N.C. SHIPPING, INC., a California corporation; NICK MINH VUONG; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO.　　CV 10-04165-JST (PJWx)<br><br><br>JUDGMENT |

　　　In the above entitled cause, Plaintiff HN Automobile, LLC ("Plaintiff"), and Defendants Nick Minh Vuong and N.C. Shipping, Inc. (collectively "Defendants"), having stipulated that judgment may be entered, IT IS HEREBY ADJUDGED, ORDERED, AND DECREED that judgment be entered pursuant to the terms of the Stipulation For Entry of Judgment between the parties as follows:

　　　The Court enters judgment for Plaintiff in the principal sum of $170,300.00 (One Hundred Seventy Thousand Three Hundred Dollars), plus actual attorneys' fees and costs incurred in the filing and enforcement of the judgment in an amount of $ 2,864.50, and accrued interest at the rate of ten percent (10%) per annum commencing June 4, 2010.  Plaintiff shall file a partial satisfaction of judgment for all payments previously received by Plaintiff in the amount of $3,500.

DATED: May 26, 2011　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Honorable Josephine Staton Tucker
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge